IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| OPENMIND SOLUTIONS, INC. | ) |
| | ) |
| | ) Civil Action No.: 1:12-cv-03862-RLV |
| Plaintiff, | ) |
| v. | ) |
| | ) CORPORATE PARTY |
| CHRISTOPHER SANCHEZ, | ) DISCLOSURE STATEMENT |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that OpenMind Solutions, Inc. does not have a parent corporation that owns 10% or more of its stock.

Respectfully Submitted,

OpenMind Solutions, Inc.

DATED: November 17, 2012

By:   /s/ Jacques Nazaire

Jacques Nazaire, Esq. (Bar No. 142388)
Of Counsel to Prenda Law Inc.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (415) 325-5900
Facsimile:  (678) 559-0798
Email: nazaire.jacques@gmail.com

*Attorney for Plaintiff*

1